IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Phillips, Betty J | Case Number: 06 B 14935 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 11/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 21, 2008
Confirmed:  January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,191.00 | |
| Secured: | | 4,896.96 |
| Unsecured: | | 0.00 |
| Priority: | | 2,721.52 |
| Administrative: | | 2,509.20 |
| Trustee Fee: | | 604.68 |
| Other Funds: | | 458.64 |
| Totals: | 11,191.00 | 11,191.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 2,509.20 |
| 2. | Nationwide Acceptance Corp | Secured | 4,896.96 | 4,896.96 |
| 3. | Illinois Dept of Revenue | Priority | 4,577.77 | 746.17 |
| 4. | Internal Revenue Service | Priority | 11,953.90 | 1,975.35 |
| 5. | Asset Acceptance | Unsecured | 49.91 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 78.02 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 93.51 | 0.00 |
| 8. | Brother Loan & Finance | Unsecured | 113.50 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 108.93 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 253.95 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 492.59 | 0.00 |
| 12. | Genesis Financial Services Corp | Unsecured | 191.46 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 1,910.68 | 0.00 |
| 14. | Zalutsky & Pinski Ltd | Unsecured | 50.67 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 35.33 | 0.00 |
| 16. | Aspire Visa | Unsecured | 80.98 | 0.00 |
| 17. | One Iron Ventures | Unsecured | | No Claim Filed |
| 18. | Check To Go | Unsecured | | No Claim Filed |
| 19. | Pay Day Loans | Unsecured | | No Claim Filed |
| | | | $ 27,397.36 | $ 10,127.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Phillips, Betty J | Case Number:  06 B 14935 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  11/14/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 75.20 |
| 5.4% | 326.30 |
| 6.5% | 189.14 |
| 6.6% | 14.04 |
| | $ 604.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

